Miller & Pardee, Inc., appellant, v. Charles A. Pardee, appellee. Gen. No. 30,690.

Action for money had and received. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the third division of this court for

the first district at the October term, 1925. Reversed. Opinion filed October 13, 1926. Rehearing denied and opinion slightly modified November 18, 1926.

Zane, Morse & Norman, for appellant; Walter Wm. Pearson, of counsel. Paul O'Donnell, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.